LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone:  (916) 978-0772
Facsimile:   (916) 481-5080

Attorney for Defendant
HEARTLAND RECREATIONAL
VEHICLES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNY D. CALHOUN | Case No: 2:21-cv-00313-WBS-KJN |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| HEARTLAND RECREATIONAL VEHICLES, LLC MANTECA TRAILER AND MOTORHOME, LLC AND BANK OF AMERICA | |
| Defendants. | |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff KENNY CALHOUN grants Defendants HEARTLAND RECREATIONAL VEHICLES, LLC, MANTECA TRAILER AND MOTORHOME, LLC and BANK OF AMERICA an extension up through and including March 26, 2021 to respond to the Complaint.

[SIGNATURES ON THE FOLLOWING PAGE]

Dated: March 12, 2021          RICHARD C. DALTON

**1**
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

/s/Richard C. Dalton_____
RICHARD C. DALTON, SBN 268598
Attorney for Plaintiff KENNY D.
CALHOUN

Dated: March 12, 2021                LAW OFFICES OF WILLIAM L. BAKER

/s/ William L Baker_____
WILLIAM L. BAKER, SBN 114454
Attorney for Defendants HEARTLAND
RECREATIONAL VEHICLES, LLC and
MANTECA TRAILER AND
MOTORHOME, LLC

## ORDER

Based upon the stipulation of the parties herein and good cause appearing, Defendants HEARTLAND RECREATIONAL VEHICLES, LLC, MANTECA TRAILER AND MOTORHOME, LLC and BANK OF AMERICA are granted an extension up through and including March 26, 2021 to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: March 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE